# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| THE SCHOOL DISTRICT OF PHILADELPHIA | : No. 134 EAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the |
| | : Commonwealth Court |
| | : |
| CARLETON HOLMAN (WORKERS'COMPENSATION APPEAL BOARD) | : |
| | : |
| | : |
| | : |
| PETITION OF:  CARLETON HOLMAN | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.